IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PHILLIP RAY RODGERS,
Reg. #49929-044                                                                                                    PLAINTIFF

v.                              4:21-cv-00237-JPR-JJV

OWENS, Warden, FCI-Memphis, *et al.*                                                              DEFENDANTS

## ORDER

Phillip Ray Rodgers is a federal prisoner who has filed a *pro se* Complaint alleging several Defendants at the Federal Corrections Institution located in Memphis, Tennessee (FCI-Memphis) have filed his constitutional rights. (Doc. 1.) The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). This case is not based on diversity jurisdiction. The relevant events occurred at FCI-Memphis, and it appears one of the two named Defendants resides in Memphis. The Court concludes the interest of justice will best be served by transferring the case to the United States District Court for the Western District of Tennessee where venue is proper. *See* 28 U.S.C. § 1406(a).

IT IS, THEREFORE, ORDERED that the Clerk is directed to transfer this case to the United States District Court for the Western District of Tennessee within a reasonable time.

DATED this 29th day of March 2021.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE